*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

NICHOLAS SANTANA,
    a/k/a "Nicholas Rosario,"

              Defendant.

- - - - - - - - - - - - - - - - -x

:  INDICTMENT

:  07 Cr.

**07CRIM1206**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 2007

MICROFILMED DEC 2 0 2007

## COUNT ONE

The Grand Jury charges:

1. From in or about May 2007, up to and including on or about September 21, 2007, in the Southern District of New York and elsewhere, NICHOLAS SANTANA, a/k/a "Nicholas Rosario," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, SANTANA sold firearms which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A), and 2).

## COUNT TWO

The Grand Jury further charges:

2. In or about September 2007, in the Southern District of New York, NICHOLAS SANTANA, a/k/a "Nicholas Rosario," the defendant, unlawfully, willfully, and knowingly did receive

and possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record, to wit, a 12 Gauge Mossberg pump-action shotgun with a barrel length of sixteen (16) inches.

(Title 26, United States Code, Sections 5845(a)(1) & 5861(d).)


_____        _____
FOREPERSON                             MICHAEL J. GARCIA
                                       United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

NICHOLAS SANTANA,
a/k/a "Nicholas Rosario,"

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. § 922(a)(1)(A), and
26 U.S.C. §§ 5845(a)(1) & 5861(d).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.